AGNES CROWLEY, Respondent, v. HARLAN P. DRISCOLL, Appellant.— Final order reversed on the law and facts, without costs of this appeal to either party

and proceeding dismissed, without costs, upon the ground that the order is not supported by sufficient proof of a satisfactory nature. All concur. (The final order adjudges defendant to be the father of the child of complainant and directs him to pay for the support of the child, in a filiation proceeding.) Present — Taylor, P. J., Dowling, Harris, Larkin and Love, JJ.